UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER JACOB,

        Plaintiff,

    v.                                  Case No. 22-C-875

MICHAEL FIELD, et al.,

        Defendants.

---

## DECISION AND ORDER

---

Plaintiff Christopher Jacob is representing himself in this 42 U.S.C. §1983 case. On June 20, 2023, Defendant Dilip Tannan moved for summary judgment, and Defendant Michael Field separately moved for summary judgment. Dkt. Nos. 32, 37. On September 19, 2023, the Court extended the deadline by which Jacob must file his response materials to October 20, 2023. The day after the Court extended Jacob's deadline, it received an unsigned legal brief in response to Defendants' motions for summary judgment. Dkt. No. 46. The next day, on September 21, 2023, Dr. Tannan filed a motion to strike Jacob's response brief. Dkt. No. 48. He notes that the brief is unsigned and that Jacob failed to respond to his proposed statements of fact as required by Civil L. R. 56(b)(2). Field moved to join Dr. Tannan's motion. Dkt. No. 48.

The Court will deny Defendants' motions without prejudice. As noted, the Court extended Jacob's deadline to respond to Defendants' motions to October 20, 2023. So, although Jacob has not yet filed his responses to Defendants' proposed statements of facts, he still has time to do so. The Court notes, however, that under Fed. R. Civ. P. 11(a), unrepresented parties must personally sign every pleading, motion, and other paper they file. If a party fails to promptly correct the

omission after it is called to his attention, the Court **must** strike the filing. Accordingly, Jacob must supplement his legal brief with a signature page by October 20, 2023. If he does not, the Court will strike the legal brief as required by Rule 11. The Court also reminds Jacob that if he fails to respond to Defendants' proposed statements of fact by October 20, 2023, the Court will assume their proposed statements of fact are true for purposes of deciding summary judgment.

**IT IS THEREFORE ORDERED** that Defendants' motions to strike (Dkt. Nos. 47, 48) are **DENIED without prejudice**. Jacob must supplement his legal brief with a signature page by **October 20, 2023**. If he fails to do so, the Court will strike the brief as required by Fed. R. Civ. P. 11.

Dated at Green Bay, Wisconsin this 27th day of September, 2023.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
